UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80303

MARIE EXANTUS, on her own
behalf and others similarly situated,

    Plaintiff,

v.

A.M.A PRETZELS II, INC., d/b/a
AUNTIE ANNE'S PRETZELS,
a Florida corporation,

    Defendant.
_____/

## COMPLAINT

1. Plaintiff, MARIE EXANTUS (hereinafter referred to as "Plaintiff"), was an employee of Defendant, A.M.A PRETZELS II, INC., d/b/a AUNTIE ANNE'S PRETZELS, a Florida corporation doing business in Florida (hereinafter referred to as "Defendant") and brings this action on behalf of herself and other employees and former employees of Defendant similarly situated to her for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b). Plaintiff performed work as a cashier/dough maker/dishwasher and related activities in Palm Beach County, Florida.

2. Defendant is a Florida corporation that owns and operates a business in Palm Beach County, Florida and is within the jurisdiction of this Court.

3. This action is brought to recover from Defendant overtime compensation, liquidated damages, and the costs and reasonable attorney's fees under the provisions of Title 29 U.S.C. §216 (b) (the Act).

4. Jurisdiction is conferred on this Court by Title 28 U.S.C. §1337 and by Title 29 U.S.C. §216(b). At all times pertinent to this Complaint, Defendant was an enterprise engaged in interstate commerce or in the production of goods for commerce as defined §3(r) and 3(s) of the Act, 29 U.S.C. §203(r) and 203(s). Based upon information and belief, the annual gross sales volume of Defendant was in excess of $500,000.00 per annum at all times material hereto. In addition, Plaintiff herself was individually engaged in commerce.

5. The additional persons who may become Plaintiffs in this action are hourly paid and/or salaried office staff workers who worked in excess of forty (40) hours during one or more work weeks on or after April 2001, but who did not receive time and a half wages for such overtime hours worked.

6. At all time pertinent to this Complaint, Defendant failed to comply with Title 29 U.S.C. §201-209, in that Plaintiff and those similarly situated to Plaintiff performed services for Defendant for which no provisions were made by the Defendant to properly pay Plaintiff for those hours worked in excess of forty within a work week.

7. In the course of employment with Defendant, Plaintiff and other similarly

situated employees were not paid time and one-half of their regular rate of pay for all hours worked in excess of forty (40) hours per work week during one or more work weeks.

8. The records, if any, concerning the number of hours actually worked by Plaintiff and all other similarly situated employees and the compensation actually paid to such employees should be in the possession and custody of Defendant.

## COUNT I

### RECOVERY OF OVERTIME COMPENSATION

9. Plaintiff readopts and realleges and allegations contained in Paragraphs 1 through 8 above.

10. Plaintiff is entitled to be paid time and one-half of her regular rate of pay for each hour worked in excess of forty (40) hours per work week. All similarly situated employees are similarly owed their overtime rate for each overtime hour they worked and were not properly paid.

11. By reason of the said intentional, willful and unlawful acts of Defendant, all Plaintiffs (Plaintiff and those similarly situated to her) have suffered damages plus incurring costs and reasonable attorney's fees.

12. As a result of Defendant's willful violation of the Act, all Plaintiffs (Plaintiff and those similarly situated to her) are entitled to liquidated damages.

13. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, MARIE EXANTUS, and those similarly situated to her who have or will opt into this action, demand judgment against Defendant, A.M.A PRETZELS II, INC., d/b/a AUNTIE ANNE'S PRETZELS, for the payment of all overtime hours at one and one-half their regular rate of pay due them for the hours worked by them for which they have not been properly compensated, liquidated damages and reasonable attorney's fees and costs of suit, and such further relief that this Court deems just and appropriate.

DATED this 31 day of March, 2004.

SHAVITZ LAW GROUP, P.A.
2000 Glades Road, Suite 200
Boca Raton, FL 33431
Tel: 561-447-8888
Fax: 561-447-8831
E-mail: gshavitz@shavitzlaw.com

GREGG I. SHAVITZ
Fl. Bar No.: 11398

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** Marie Exantus on her own behalf and others similarly situated.

**DEFENDANTS:** A.N.A. Pretzels II Inc, d/b/a Auntie Anne's Pretzels, a Florida corporation

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

561-447-8888

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER):**
Shavitz Law Group
2000 Glades Road, Suite 200
Boca Raton, FL 33431

**ATTORNEYS (IF KNOWN):**

04-80303 CIV-MIDDLEBROOKS
MAG JOHNSON

CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, **PALM BEACH**, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**A LABOR:** [X] 710 Fair Labor Standards Act

## VI. CAUSE OF ACTION

29 U.S.C. 216(b) Action for unpaid overtime wages

LENGTH OF TRIAL: 5 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: [X] YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE: _____  DOCKET NUMBER: _____

DATE: 3/31/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY:
720186  AMOUNT $150.00  APPLYING IFP  JUDGE  MAG. JUDGE